UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Juergen Lohrke**,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**NCO Financial Systems**, **Inc.**,  )<br>a Pennsylvania corporation,  )<br>  )<br>  Defendant.  )<br>_____) | Case No. 1:08-cv-977<br><br>Hon. Paul L. Maloney |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and will file a Stipulation to Dismiss no later than December 23, 2008.

Dated: December 16, 2008        /s/ Phillip C. Rogers
                                               Phillip C. Rogers (P34356)
                                               Attorney for Plaintiff
                                               40 Pearl Street, N.W., Suite 336
                                               Grand Rapids, Michigan 49503-3026
                                               (616) 776-1176
                                               ConsumerLawyer@aol.com