UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Juergen Lohrke**,                             ) | |
|                                                 ) | Case No. 1:08-cv-977 |
|       Plaintiff,  ) | |
|                                                 ) | Hon. Paul L. Maloney |
|   v.                                  ) | |
|                                                 ) | |
| **NCO Financial Systems**, **Inc.**,            ) | |
| a Pennsylvania corporation,                     ) | |
|                                                 ) | |
|       Defendant.  ) | |
| _____ )       | |

### Stipulation of Dismissal

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Juergen Lohrke, through his attorney of record, and defendant NCO Financial Systems, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice.

Dated: December 19, 2008        /s/ Phillip C. Rogers
                                             Phillip C. Rogers (P34356)
                                             Attorney for Plaintiff
                                             40 Pearl Street, N.W., Suite 336
                                             Grand Rapids, Michigan 49503-3026
                                             (616) 776-1176
                                             Consumerlawyer@aol.com

Dated: December 19, 2008        /s/ Deborah A. Lujan
                                               Deborah A. Lujan (P46990)
                                             Collins, Einhorn, Farrell & Ulanoff
                                             Attorneys for Defendant
                                             4000 Town Center, Suite 909
                                             Southfield, Michigan 48075
                                             (248) 355-4141
                                             deborah.lujan@ceflawyers.com